**SO ORDERED**

/s/ TED STEWART
United States District Judge

Date 9/23/04

BRIAN M. BARNARD   USB # 0215
Utah Legal Clinic
Cooperating Attorneys for
    Utah Civil Rights & Liberties
    Foundation, Inc.
214 East Fifth South Street
Salt Lake City, Utah    84111-3204
Telephone: (801) 328-9531

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH   CENTRAL DIVISION

| | |
|---|---|
| J. BRONSON, G. LEE COOK and D. COOK, | **ORDER** |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR SUPPLEMENTAL BRIEFING RE: UTAH v. GREEN** |
| vs. | |
| SHERRIE SWENSEN, Salt Lake County Clerk, | Case No. 02:04-CV-0021 TS |
| Defendant. | (Judge Ted Stewart) |

PLAINTIFFS move the Court to allow plaintiffs and defendant to file simultaneous supplemental memorandums of points and authorities not to exceed seven (7) pages responding to, explaining and/or distinguishing the recent decision of the Utah Supreme Court in Utah v. Green, 2004 UT 76, __ P.2$^d$ __ (09/03/04).

    Dated this 17TH day of SEPTEMBER 2004.

                   UTAH LEGAL CLINIC
                   Attorneys for Plaintiffs

                   By /s/ BRIAN M. BARNARD

33

```
                                                              jmr
                   United States District Court
                             for the
                        District of Utah
                      September 24, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:04-cv-00021



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


     Brian M. Barnard, Esq.
     UTAH LEGAL CLINIC
     214 E 500 S
     SALT LAKE CITY, UT  84111-3204
     EMAIL

     Mr. Jerrold S. Jensen, Esq.
     UTAH ATTORNEY GENERAL'S OFFICE
     160 E 300 S FIFTH FL
     PO BOX 140874
     SALT LAKE CITY, UT  84114-0874
     EMAIL

     Andrew G Deiss, Esq.
     JONES WALDO HOLBROOK & MCDONOUGH
     170 S MAIN ST STE 1500
     PO BOX 45444
     SALT LAKE CITY, UT  84145-0444
     EMAIL

     Marci A. Hamilton, Esq.
     36 TIMBER KNOLL DR
     WASHINGTON CROSSING, PA  18977
```